PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
MICHELLE A. PAVELEK, NV SBN 14609
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4862
    Facsimile: (415) 744-0134
    Michelle.A.Pavelek@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JOSEPH PRATT,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security<br>    Defendant. | No.: 2:22-cv-2152 DB<br><br>STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will develop the record as necessary, proceed through the steps of the sequential evaluation process as warranted, and issue a new decision. The parties

JOINT STIPULATION TO REMAND - [2:22-cv-02152-DB]    Page 1

further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: October 26, 2023                    FORSLUND LAW LLC

                                              *s/ Jacqueline A. Forslund*[*]
                                              JACQUELINE A. FORSLUND
                                              Attorney for Plaintiff
                                              (*as authorized via e-mail)

Dated:  October 26, 2023                   PHILLIP A. TALBERT
                                              United States Attorney

                                              MATHEW W. PILE
                                              Associate General Counsel
                                              Office Of Program Litigation, Office 7

                                              *s/ Michelle A. Pavelek*
                                              MICHELLE A. PAVELEK
                                              Special Assistant United States Attorney
                                              Attorney for Defendant

## **ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand, and judgment shall be entered in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.  This case shall be closed.

DATED:  October 26, 2023                   /s/ DEBORAH BARNES
                                              UNITED STATES MAGISTRATE JUDGE